Formatted for Electronic Distribution                                                                 Not for Publication

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF VERMONT

In re:

**Darcy F. Belding and**
**Susan Belding,**                                                                            **Chapter 7 Case**
        **Debtors.**                                                                            **# 10-10908**

*Appearances:*    Carolyn L. Adams, Esq.                  Jay C. Abramson, Esq.
                     Wells River, Vermont                  St. Johnsbury, Vermont
                     *For the Debtors*                          *For the Creditor*

## ORDER
### GRANTING DEBTORS' MOTION TO AVOID LIEN,
### DENYING CREDITOR'S OBJECTION TO MOTION,
### AND DENYING CREDITOR'S OBJECTION TO DEBTORS' CLAIM OF HOMESTEAD EXEMPTION

      For the reasons set forth in the memorandum of decision of even date, THE COURT FINDS that the Debtors may claim the Property located at 36 Fosters Grove North in Westmore, Vermont, as their homestead under 27 V.S.A. § 101, and have demonstrated cause to avoid the Creditor's judicial lien under 11 U.S.C. § 522(f).

      Accordingly, IT IS HEREBY ORDERED that the Debtors' motion to avoid lien (doc. # 13) is granted, and the objection to the motion to avoid lien and objection to the Debtors' claim of exemption (doc. ## 11, 17) filed by Nurenburg Holdings, LLC, are overruled.

      SO ORDERED.

                                                                                               */s/ Colleen A. Brown*

December 23, 2010                                                       Colleen A. Brown
Rutland, Vermont                                                         United States Bankruptcy Judge

Filed & Entered
On Docket
December 23, 2010